**RONALD A. NORMAN (SBN #62282)**
LAW OFFICES OF RONALD A. NORMAN
5404 Whitsett Avenue Ste 133
Valley Village, CA 91607
818-761-7181
Email: ronaldanorman@scbglobal.net

**FILED & ENTERED**

**MAY 09 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Ricahrd James Moore

Michael Richard Miller,

Debtor(s).

Case No.: **2:17-bk-14962-NB**

Chapter 13

ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE OPENING DOCUMENTS

*[No Hearing Required]*

The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents dated May 8, 2017 (*dkt. 8,* the "Motion"), *and with good cause appearing, it is* hereby

*ORDERED that* ~~Grants~~ the Motion *is granted, and it is further*

~~and~~ *Ordered*~~s~~ that *no later than* ~~the Debtor shall have until~~ *May 15*, 2017 ~~to~~ the debtors *must* file all of the relevant documents required *(the required documents are listed in notice(s) from this Court that have been mailed to the debtor and are available on the docket).*

###

Date: May 9, 2017

_____
Neil W. Bason
United States Bankruptcy Judge

ORDER- 1