# EXHIBIT 3

21

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:** LA VELLE GATES & KEESHA GATES,
**(AVISO AL DEMANDADO):** DOE I THROUGH DOE III, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** TROJAN CAPITAL
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** INVESTMENTS, LLC

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito.) Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA,
   (El nombre y dirección de la corte es): COUNTY OF LOS ANGELES
   SOUTH DISTRICT, GOV. GEORGE DEUKMEJIAN COURTHOUSE
   275 MAGNOLIA AVENUE, LONG BEACH, CALIFORNIA 90802-

   **CASE NUMBER:** 17F00908
   *(Número del caso):*

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   LAW OFFICES OF LIDDLE & LIDDLE, A Professional Corporation STATE BAR#s: 119977 & 94274
   310 South Vermont Avenue, Glendora, California 91741 Telephone: 626-963-1638; Facsimile: 626-914-0710

   **OUR FILE#**
   17FE010

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) ☑ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: FEB 23 2017    Clerk, by _____, Deputy
(Fecha)                (Secretario)                   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)           ☐ other (specify):
5. ☐ by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

22

SUM-130

| PLAINTIFF (Name): | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): | |

6. **Unlawful detainer assistant** (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on (date):

LAW OFFICES OF LIDDLE & LIDDLE
A Professional Corporation
Layne L. Liddle, SBN 94274
George Lee Liddle, Jr., SBN 119977
310 South Vermont Avenue
Glendora, CA 91741
(626) 963-1638
(626) 914-0710 Fax
Our File #17FE010

ATTORNEY FOR PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

SOUTH DISTRICT, GOV. GEORGE DEUKMEJIAN COURTHOUSE, LIMITED CIVIL

| | |
|---|---|
| TROJAN CAPITAL INVESTMENTS, LLC, <br><br> PLAINTIFF, <br><br> vs. <br><br> LA VELLE GATES & KEESHA GATES, <br><br> DOE I THROUGH DOE III, INCLUSIVE, <br><br> DEFENDANTS. | CASE NO. 17F00908 <br><br> COMPLAINT <br> UNLAWFUL DETAINER <br><br> (AMOUNT DEMANDED DOES NOT EXCEED $10,000) <br><br> Action based on Code of Civil Procedure Section 1161a |

PLAINTIFF alleges:

1. That plaintiff is the owner, and is entitled to the possession of, the real property described as follows:

    1822 East Turmont Street

    Carson, CA 90746

which is located within the above captioned Judicial District and County. Plaintiff herein is a Limited Liability Company duly organized and existing pursuant to the laws of the State of Wyoming, is registered to do business in the State of California, and, as such, has capacity to bring this action in its own name in this Court.

///

///

2.    That the true names and capacities of the defendants sued herein as DOE I, DOE II, and DOE III are at this time unknown to plaintiff who therefore sues them under such fictitious names. When the true names and capacities of said defendants are ascertained by plaintiff, plaintiff will ask leave to amend this complaint and insert such true names and capacities. All defendants, and each of them, including the fictitiously named defendants, are in possession of the above-described premises, as trustors or as persons claiming under the trustors of the deed of trust foreclosed at the aforesaid sale, and are responsible in some way for the acts complained of herein.

3.    Plaintiff owns said property by virtue of a sale duly made and a deed executed and delivered to plaintiff on January 6, 2017, by Special Default Services, Inc., as trustee for a deed of trust, dated August 11, 2006, executed and delivered by defendants, LA VELLE GATES & KEESHA GATES, to the beneficiary named therein as beneficiary and recorded on August 18, 2006 as document number #2006-1842574 in the official records of the Los Angeles County Recorder's Office. By virtue of said deed of trust, defendant conveyed said property to said trustee as security for the payment of a promissory note payable to the beneficiary named therein.

4.    Defendant defaulted in the payment of said promissory note, and thereafter, on August 25, 2016 at the request of the owner and holder of said promissory note and deed of trust, said trustee caused to be recorded as document number #2016-1012284 in the Los Angeles County Recorder's Office, a notice of default and breach of conditions of said deed of trust and its election to sell said property to satisfy the obligations thereby secured.

///

-2-

Complaint (Unlawful Detainer)



5. On or about December 5, 2016 more than three (3) months after recordation of said notice of default, said trustee gave a notice in the manner and form required by law that said property would be sold at public auction to satisfy the obligations secured by said deed of trust. On or about January 6, 2017, said trustee sold said property to Plaintiff, and thereafter, executed and delivered to Plaintiff a deed, therefore which deed was subsequently recorded in the Los Angeles County Recorder's Office. A copy of said trustee's deed is attached hereto marked Exhibit "1", and incorporated herein by this reference as if set forth in full. In the giving of the notices set forth above and in the conduct of said sale, said trustee fully complied with all requirements of Cal. Civ. Code §2924 et seq. and all other applicable statutes and law. That title to said premises has been duly perfected in plaintiff herein.

6. On or about February 2, 2017, plaintiff caused to be properly served on defendant a written notice requiring said defendants to quit and deliver up possession of said premises to plaintiff within three (3) days after service of said notice. A copy of said notice is attached hereto marked Exhibit "2", and incorporated herein by this reference as if set forth in full.

7. More than three (3) days have elapsed since the service of said notice but defendant has failed and refused to deliver up possession of said premises. Defendant(s) continue(s) in possession and occupation of said premises, in person or by persons claiming under them, without plaintiff's permission or consent.

8. The reasonable value for the use and occupancy of the said premises is the sum of $98.50 per day, and damages to plaintiff caused by defendant's unlawful detention thereof have accrued at said rate since February 7, 2017, and will continue to accrue at said rate so long as defendant remains in possession of said premises.

-3-

Complaint (Unlawful Detainer)



1  WHEREFORE, plaintiff prays for judgment as follows:

2      1. Restitution and possession of said premises;

3      2. Damages at the rate of $98.50 per day for February 7, 2017 and for each day thereafter that the defendants continue in possession of said premises, until the date of judgment herein;

5      3. For cost of suit herein incurred;

6      4. For such other relief as to the Court may seem just and proper, all recovery in excess of the limited civil jurisdiction of this Court being hereby expressly waived for the purposes of this action only.

Dated: February 7, 2017

                              LAW OFFICES OF LIDDLE & LIDDLE
                              A Professional Corporation

                              By: _____
                                  Attorney for Plaintiff

## DECLARATION OF PROPER COURT (C.C.P. §396a(a))

I declare under penalty of perjury that the premises at issue in this Unlawful Detainer action are located within the above-encaptioned Judicial District and County.

Executed in Glendora, California on February 7, 2017.

George Lee Liddle, Jr.
Attorney for Plaintiff

-5-

Complaint (Unlawful Detainer)

## VERIFICATION

STATE OF CALIFORNIA      )

COUNTY OF LOS ANGELES)

    I, the undersigned, declare that I have read the foregoing COMPLAINT (UNLAWFUL DETAINER) and know its contents. The matters stated in it are true of my own knowledge and I make this verification on behalf of the plaintiff for that reason.

    I am a managing member of the plaintiff in this action and am authorized to make this verification on its behalf.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on    February 23, 2017    , at Newport Beach, California.

X _____
    Don A. Madden III